# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RODNEY HILL,**

    Plaintiff,

  v.                                             Case No.  23-CV-1177

**KAMILJIT SIANI,**

    Defendant.

## SCHEDULING ORDER

On February 22, 2024, the Court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Thomas Hayes.

**NOW, THEREFORE, IT IS HEREBY ORDERED**:

1. The plaintiff shall disclose all expert witnesses, in accordance with Civil L.R. 26(b), no later than **March 1, 2024.**

2. The defendant shall disclose all expert witnesses, in accordance with Civil L.R. 26(b), no later than **March 1, 2024.**

3. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than **August 30, 2024**. The parties are expected to try and resolve any discovery disputes through the meet-and-confer process required by Civil L.R. 37.

4. All dispositive motions, together with briefs, are to be filed in accordance with Civil L.R. 56 no later than **September 30, 2024**.

5. If no dispositive motions are filed or if resolution of the motions does not dispose of the case in its entirety, the court will schedule a telephonic scheduling conference to discuss further scheduling of the case.

6. If the parties are in need of any assistance, they are directed to contact the appropriate Courtroom Deputy for their case. Katina Hubacz is responsible for all matters in which the case number ends in an even number and can be reached at 414-297-1200; Katina_Hubacz@wied.uscourts.gov

Courtroom Deputy Tony Byal is responsible for all matters in which the case number ends in an odd number and can be reached at 414-297-3373;

Tony_Byal@wied.uscourts.gov.

Dated at Milwaukee, Wisconsin, this 22nd day of February, 2024.

STEPHEN C. DRIES
United States Magistrate Judge