ASSCIATED BANK RIVER CENTER  
111 EAST KILBOURN AVENUE, 19TH FLOOR  
MILWAUKEE, WI 53202-6622  

JACOB A. SOSNAY  
ATTORNEY AT LAW  
JAS@MTFN.COM  

MTFN.COM  
MAIN 414.273.1300  
FAX 414.273.5840



March 27, 2024

(Via ECF System Only)  
Hon. Stephen C. Dries  
United States Federal Building and Courthouse  
517 E. Wisconsin Ave  
Milwaukee, WI 53202

    RE:   *Hill v. Racine County, et al.*  
           Case No. 23-cv-1177 (ED WI)

Dear Magistrate Dries:

    I represent Defendants in the above-referenced matter. I am receipt of your 3/26/2024 Text Only Order granting Plaintiff's motion to extend his deadline to name expert witnesses to June 1, 2024 (a Saturday). Please accept this letter as a request, in light of that extension, to extend the Defendant's deadline to name it's experts. I am requesting an extension to Tuesday, July 2, 2024 which is 30 days after when Plaintiff will be required to disclose his experts consistent with your text only order. If the Court would prefer a written motion to request this extension, please contact me and we will provide the same.

    Thank you for your attention to this matter. Should you have any questions, please contact me.

                                      Very truly yours,

                                      Jacob A. Sosnay

JAS/ms  
cc: Thomas E. Hayes (via ECF System)

#8219717 v1