# United States District Court
## Eastern District of Wisconsin

**RODNEY HILL,**

    Plaintiff(s),

v.

**KAMILJIT SAINI,**

    Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 23-CV-1177

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the defendant's motion for summary judgment (ECF No. 37) is **GRANTED.**

**IT IS FURTHER ORDERED** that the plaintiff's motion to compel discovery (ECF No. 33) is **DENIED as moot.**

**IT IS FURTHER ORDERED** that this case is **DISMISSED.**

Approved: *[signed]* STEPHEN C. DRIES
United States Magistrate Judge

Dated: November 19, 2024

GINA M. COLLETTI
Clerk of Court

*s/ Tony Byal*
(By) Deputy Clerk